# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC D/B/A GENESIS DIAGNOSTICS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 2:19-cv-05090-AB |
| v. | : | |
| | : | |
| JOHNS HOPKINS HEALTHCARE LLC, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 7th day of July, 2020, it is **ORDERED** that defendant's Motion to Dismiss (ECF No. 7) is **GRANTED** and the matter is **DISMISSED** for lack of personal jurisdiction.

                                                                  __s/ANITA B. BRODY, J.__
                                                                   ANITA B. BRODY, J.

Copies **VIA ECF**     07/07/2020